■ WILLIAM KITCHEN, Respondent, v CROTONA PARK WEST HOUSING DEVELOPMENT FUND CORPORATION et al., Appellants. [41 NYS3d 885]—

Appeal from order, Supreme Court, Bronx County (Elizabeth A. Taylor, J.), entered October 21, 2015, which, in this action for personal injuries sustained when part of the ceiling in plaintiff's apartment fell on his head, denied defendants' motion to reargue, unanimously dismissed, without costs, as taken from a nonappealable order.

Following the filing of a note of issue, defendants moved for summary judgment dismissing the complaint. Supreme Court denied the motion because it was untimely and defendants had failed to demonstrate good cause to excuse the untimeliness (*see Brill v City of New York*, 2 NY3d 648, 652 [2004]); defendants did not appeal from that order.

Defendants moved to reargue and the court denied the motion. Defendants' appeal from that order must be dismissed since no appeal lies from the denial of a motion for reargument (*see D'Alessandro v Carro*, 123 AD3d 1, 7 [1st Dept 2014]). Furthermore, since defendants did not appeal from the order that denied their motion for summary judgment, their arguments on the merits are not properly before this Court (*see D'Andrea v Hutchins*, 69 AD3d 541 [1st Dept 2010]). Concur—Tom, J.P., Friedman, Saxe, Feinman and Kahn, JJ.